JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re: CAMMY LYNN MENDES

Case No.: 8:25-cv-02602-AB

Bankruptcy No. 8:25-bk-11756-SC
Adversary No. 8:25-ap-01299-SC

[PROPOSED] ORDER DISMISSING APPEAL

Having reviewed and considered the parties' Joint Stipulation to Dismiss Appeal (the "Stipulation"), and good cause appearing therefor, the Court **GRANTS** the Stipulation.

IT IS HEREBY ORDERED that:

1.      This appeal shall be dismissed with prejudice.

2.      Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this appeal.

3.      Any and all deadlines set in this appeal are vacated upon entry of the order dismissing the appeal.

**IT IS SO ORDERED.**

Dated:  June 29, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1